AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Star Number, Inc.

V.

Liberty Wireless f/k/a
TelePlus Wireless, Corp.
and
TelePlus World, Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00393-***

TO: (Name and address of Defendant)
TelePlus World, Corp.
c/o Phillip Hudson, Esquire
    Hilda Piloto, Esquire
    Arnstein & Lehr LLP
    200 South Biscayne Boulevard, Suite 3600
    Miami, FL  33131-2395

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Macauley
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, DE  19899-1028

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                        JUL 2 6 2007

CLERK                                                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 30, 2007 |
| NAME OF SERVER *(PRINT)* DANA FRIX | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Defendant's counsel, who agreed to accept service

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 1, 2007
             *Date*

*Signature of Server*

1200 New Hampshire Ave. Suite 800
Washington D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.