IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STAR NUMBER, INC. | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-00393 (***) |
| LIBERTY WIRELESS f/k/a TELEPLUS WORLD, CORP. and TELEPLUS WORLD, CORP., | : |
| Defendants. | : |

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT**

WHEREAS, this action was commenced by Plaintiff on June 20, 2007;

WHEREAS, summons was issued to Defendants on or about July 26, 2007;

WHEREAS, service was completed on Defendants by the consensual acceptance of service by counsel for the Defendants;

WHEREAS, the parties have decided to submit disputes between them to voluntary mediation;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. The time for Defendants Liberty Wireless f/k/a TelePlus World, Corp. and TelePlus World, Corp. to answer the Complaint shall be extended to October 1, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ZUCKERMAN & SPAEDER LLP |
|---|---|
| /s/ Curtis J. Crowther | /s/ Elizabeth D. Power |
| Curtis J. Crowther (No. 3238) | Thomas G. Macauley (No. 3411) |
| The Brandywine Building | Elizabeth D. Power (No. 4135) |
| 1000 West Street, 17th Floor | 919 N. Market Street |
| P.O. Box 391 | Suite 990 |
| Wilmington, DE 19899-0391 | P.O. Box 1028 |
| Counsel for Defendants | Wilmington, DE 19899-1028 |
| | Counsel for Plaintiff |
| Dated: September 10, 2007 | Dated: September 10, 2007 |

IT IS SO ORDERED this _____ day of _____, 2007.

_____