## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STAR NUMBER, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-393-*** |
| | : | |
| LIBERTY WIRELESS f/k/a TELEPLUS WORLD, CORP. and TELEPLUS WORLD, CORP., | : : : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **23rd** day of **October, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Wednesday, October 24, 2007 at 2:30 p.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE