IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STAR NUMBER, INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-00393 (***) |
| LIBERTY WIRELESS f/k/a TELEPLUS WORLD, CORP. and TELEPLUS WORLD, CORP., | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Star Number, Inc., by its undersigned counsel, and Defendants Liberty Wireless f/k/a TelePlus World, Corp. and TelePlus World, Corp., by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to dismiss with prejudice all claims and counterclaims, with each party to bear its own costs.

Dated: October 29, 2007

ZUCKERMAN SPAEDER LLP

/s/ Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899-1028

Counsel for Plaintiff

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/S/ Curtis J. Crowther
Curtis J. Crowther (ID No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed *Stipulation of Dismissal With Prejudice* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Curtis J. Crowther, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Thomas G. Macauley (ID No. 3411)

1529261.1